# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES LOUIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW JERSEY DEP'T OF TREASURY, et al.,<br><br>　　　　Defendants. | Civil Action No.<br><br>22-cv-04490 (EP) (JRA)<br><br>**FIRST AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of an October 17, 2023 status conference before the Undersigned, and for good cause shown,

**IT IS, on this 17th day of October 2023, ORDERED** that:

1. Fact discovery is extended through **March 1, 2024**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **February 1, 2024**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

3. All affirmative expert reports shall be delivered by **April 1, 2024**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **May 1, 2024**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **June 3, 2024**.

　　　　　　　　　　　　　　　　*/s/ José R. Almonte*
　　　　　　　　　　　　　　　　HON. JOSÉ R. ALMONTE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Case 2:22-cv-04490-EP-JRA   Document 48   Filed 10/19/23   Page 2 of 2 PageID: 509

2