**HINSON SNIPES**
ATTORNEYS AT LAW

PRINCETON FORRESTAL VILLAGE
116 VILLAGE BLVD., STE 307, PRINCETON, NEW JERSEY 08540

TRACEY C. HINSON, ESQ ■ *
MAURICE SNIPES, ESQ

TEL: 609-452-7333
FAX: 609-452-7332
www.hinsonsnipesllp.com

■ NJ & NY Bars
* Certified by the Supreme Court of New Jersey as a Certified Civil Trial Attorney

April 30, 2025

**VIA CM/ECF ONLY**

Honorable Jose R. Almonte, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

  **RE**: Louis v. State of New Jersey, *et al.*
    Civil Action No: 2:22-cv-04490
    **Joint Status Letter**

Judge Almonte:

  This office represents the plaintiff, James Louis, and writes to provide this joint-status letter on behalf of all parties to this litigation.

  The parties worked diligently to reschedule the depositions. However, due to multiple scheduling conflicts, the following dates are the only dates all counsel are available and the depositions are scheduled to take place as follows:

| | | |
|---|---|---|
| Ann Rubin | - | May 20, 2025 |
| Det. Koczur | - | May 27, 2025 |
| Lt. Johnson | - | May 13, 2025 |
| Corporate Designee | - | Tentatively May 28, 2025 |

  To that end, the parties request that the Court extend the fact discovery end date to June 30, 2025, so that the remaining discovery can be completed. The parties agree an extension is necessary and will keep the Court apprised of any difficulty in scheduling the remaining depositions.

            Respectfully submitted,
            HINSON SNIPES, LLP

         By: _____
            Tracey C. Hinson, Esquire

cc: Counsel via E-file