# HINSON SNIPES
### ATTORNEYS AT LAW

PRINCETON FORRESTAL VILLAGE
116 VILLAGE BLVD., STE 307, PRINCETON, NEW JERSEY 08540

TRACEY C. HINSON, ESQ ■ *
MAURICE SNIPES, ESQ

TEL: 609-452-7333
FAX: 609-452-7332
www.hinsonsnipesllp.com

■ NJ & NY Bars
* Certified by the Supreme Court of New Jersey as a Certified Civil Trial Attorney

September 23, 2025

**VIA CM/ECF ONLY**
Honorable Jose R. Almonte, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

      RE:    Louis v. State of New Jersey, *et al*.
                 Civil Action No: 2:22-cv-04490
                 Joint Status Letter

Judge Almonte:

      This office represents the Plaintiff, James Louis, and writes to provide this joint-status letter on behalf of the parties in advance of the telephone status conference scheduled for September 30, 2025.

      The deposition of Det. John Luby was conducted on September 15, 2025. The deposition of the city's corporate designee Chief Giacomo Sacca is scheduled for September 24, 2025, and Defendant Chief John Simon is scheduled for September 29, 2025. The corporate designee deposition for the State of New Jersey was previously scheduled and adjourned. Mr. Terhune advises he will provide dates for the deposition within the next two weeks.

      Due to the volume of documents in this case, the parties jointly request an extension to provide expert reports as follows:

      Plaintiff's expert reports due November 30, 2025.

      Defendants' expert reports due January 30, 2026.

      Expert depositions to be completed by February 28, 2026.

                                        Respectfully submitted,
                                        HINSON SNIPES, LLP

                   By:    /s/Tracey C. Hinson
                           Tracey C. Hinson, Esquire

cc: Counsel via E-file